1
2
3
4
5
6                          UNITED STATES DISTRICT COURT

7                              DISTRICT OF NEVADA

8                                      * * *

9   DAMIAN MICHAEL GONZALES,              Case No. 3:18-0cv-00058-MMD-VPC

10                          Petitioner,                  ORDER

11       v.

12  RENEE BAKER, *et al.*,

13                          Respondents.

14          Petitioner, who is in the custody of the Nevada Department of Corrections, has

15  submitted a petition for a writ of habeas corpus. He did not submit an application to

16  proceed *in forma pauperis*, nor did he pay the filing fee of five dollars ($5.00).

17          It is therefore ordered petitioner must file an application for leave to proceed *in*

18  *forma pauperis,* accompanied by a signed financial certificate and a statement of his

19  inmate account. The Clerk of the Court will send petitioner a blank application form for

20  incarcerated litigants. In the alternative, petitioner must make the necessary

21  arrangements to pay the filing fee of five dollars ($5.00), accompanied by a copy of this

22  order. Petitioner will have thirty (30) days from the date that this order is entered to

23  comply. Failure to comply will result in the dismissal of this action.

24          DATED THIS 6th day of February 2018.

25

26                                                    _____

27                                                    MIRANDA M. DU
                                                      UNITED STATES DISTRICT JUDGE
28