# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAMIAN MICHAEL GONZALES,<br><br>Petitioner,<br>v.<br>RENEE BAKER, *et al.*,<br><br>Respondents. | Case No. 3:18-cv-00058-MMD-VPC<br><br>ORDER |

Petitioner having filed a motion for extension of time (first request) (ECF No. 4), and good cause appearing, it is therefore ordered that petitioner's motion for extension of time (first request) (ECF No. 4) is granted. Petitioner will have through May 7, 2018, to comply with the Court's order of February 6, 2018 (ECF No. 3).

DATED THIS 6th day of March 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE