UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAMIAN MICHAEL GONZALES,<br><br>                          Petitioner,<br>     v.<br>RENEE BAKER, *et al.*,<br><br>                        Respondents. | Case No. 3:18-cv-00058-MMD-VPC<br><br>ORDER |

     Petitioner filed an unopposed motion for extension of time (first request) (ECF No. 13). Good cause appearing, it is ordered that the unopposed motion for extension of time is granted. Petitioner will have through January 22, 2019, to file an amended petition.

     DATED THIS 2nd day of October 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE