UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| DAMIAN M. GONZALES, | Case No. 3:18-cv-00058-MMD-CBC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Respondents. | |

Petitioner's motion for an extension of time (ECF No. 15) is granted, and the time for petitioner to file an amended petition is extended up to and including March 25, 2019.

DATED THIS 28th day of January 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE