UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAMIAN MICHAEL GONZALES,<br><br>                     Petitioner,<br>    v.<br>RENEE BAKER, *et al.*,<br><br>                     Respondents. | Case No. 3:18-cv-00058-MMD-CBC<br><br>ORDER |

Good cause appearing, it is ordered that Petitioner's unopposed motion for extension of time (third request) (ECF No. 17) is granted. Petitioner will have through May 24, 2019, to file an amended petition.

DATED THIS 3rd day of April 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE