UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAMIAN M. GONZALES,<br><br>　　　　　　　　　　Petitioner,<br>　　v.<br><br>RENEE BAKER, *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No. 3:18-cv-00058-MMD-CBC<br><br>ORDER |

Petitioner's motion for an extension of time (ECF No. 20) is granted *nunc pro tunc*, in connection with the first amended petition filed on May 31, 2019.

DATED THIS 4th day of June 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE