# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAMIAN MICHAEL GONZALES,<br><br>　　　　　　　Petitioner,<br>　v.<br>RENEE BAKER, *et al.*,<br>　　　　　　　Respondents. | Case No. 3:18-cv-00058-MMD-CBC<br><br>ORDER |

　　Respondents have filed an unopposed motion for enlargement of time (ECF No. 25). Good cause appearing, it is ordered that Respondents' unopposed motion for enlargement of time (ECF No. 25) is granted. Respondents will have through October 25, 2019, to file an answer or other response to the first amended petition (ECF No. 21).

　　DATED THIS 23rd day of August 2019.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE