UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| DAMIAN MICHAEL GONZALES, | Case No. 3:18-cv-00058-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, WARDEN, *et al.*, | |
| Respondents. | |

Petitioner Michael Gonzales has filed an unopposed motion for extension of time (first request) (ECF No. 31). Good cause appearing, it is ordered that the motion (*id.*) is granted. Petitioner will have through February 5, 2020, to file a response to the motion to dismiss (ECF No. 27).

DATED THIS 4th day of December 2019.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE