UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| DAMIAN MICHAEL GONZALES, | Case No. 3:18-cv-00058-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, WARDEN, *et al.*, | |
| Respondents. | |

Petitioner have filed an unopposed motion for extension of time (second request) (ECF No. 33). Good cause appearing, it is therefore ordered that Petitioner's unopposed motion for extension of time (ECF No. 33) is granted. Petitioner will have through March 25, 2020, to file a response to the motion to dismiss (ECF No. 27).

DATED THIS 4th February 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE