UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAMIAN MICHAEL GONZALES,<br><br>Petitioner,<br>v.<br><br>RENEE BAKER, WARDEN, *et al.*,<br><br>Respondents. | Case No. 3:18-cv-00058-MMD-CLB<br><br>ORDER |

Petitioner filed an unopposed motion for extension of time (third request) (ECF No. 36). Good cause appearing, it is ordered that Petitioner's unopposed motion for extension of time (ECF No. 36) is granted. Petitioner will have through May 8, 2020, to file a response to the motion to dismiss (ECF No. 27).

DATED THIS 27th day of March 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE