UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAMIAN MICHAEL GONZALES,<br><br>                    Petitioner,<br>    v.<br><br>RENEE BAKER, WARDEN, *et al.*,<br><br>                    Respondents. | Case No. 3:18-cv-00058-MMD-CLB<br><br>ORDER |

      Respondents filed an unopposed motion for enlargement of time (first request) (ECF No. 39). Good cause appearing, it is ordered that Respondents' unopposed motion is granted. Respondents will have up to and including June 29, 2020, to file a reply to the opposition to the motion to dismiss (ECF No. 38).

      DATED THIS 1st day of June 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE