UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAMIAN MICHAEL GONZALES, | Case No. 3:18-cv-00058-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, WARDEN, *et al.*, | |
| Respondents. | |

Respondents filed an unopposed motion for enlargement of time (second request) (ECF No. 42). The Court finds good cause to grant the motion.

It is therefore ordered that Respondents' unopposed motion for enlargement of time (ECF No. 42) is granted. Respondents will have up to and including July 13, 2020, to file a reply to the opposition to the motion to dismiss (ECF No. 38).

DATED THIS 30th day of June 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE